U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
JUN 3 2026
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

KEYONTE M. BARKSDALE,

Defendant.

INDICTMENT

Case No. 26 CR 073 WMC
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

THE GRAND JURY CHARGES:

COUNT 1

On or about March 19, 2026, in the Western District of Wisconsin, the defendant,

KEYONTE M. BARKSDALE,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Glock 22 handgun and ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

COUNT 2

On or about March 19, 2026, in the Western District of Wisconsin, the defendant,

KEYONTE M. BARKSDALE,

knowingly possessed a machinegun, that is a Glock 22 handgun with a machinegun conversion device.

(In violation of Title 18, United States Code, Section 922(o)).

FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) and 922(o) set forth in Counts 1 and 2 of this indictment, the defendant,

KEYONTE M. BARKSDALE,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock 22 handgun and ammunition.

A TRUE BILL

PRESIDING JUROR

Indictment returned: 6/3/26

CHADWICK M. ELGERSMA
United States Attorney